UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Justin Whitworth | § § § § § § § § | CASE NO. 24-34840 |
| DEBTOR | | CHAPTER 7 |

### ORDER GRANTING AGREED MOTION FOR CIMENT LAW FIRM TO WITHDRAW AS COUNSEL FOR JUSTIN WHITWORTH

ON THIS DAY, came to be considered the Motion of Daniel J. Ciment of Ciment Law Firm, PLLC seeking the Court's permission to withdraw as counsel for Justin Whitworth, the debtor in the above-referenced bankruptcy proceeding.

As the Court finds that good cause exists for the relief requested, it is

THEREFORE ORDERED, that Ciment Law Firm, PLLC, Movant, be and hereby is withdrawn as counsel for Justin Whitworth in this Chapter 7 bankruptcy.

Until such time as Justin Whitworth hires new counsel, he will represent himself in this bankruptcy for any and all purposes.

_____
United States Bankruptcy Judge