United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Justin Whitworth | § § § § § § § § § | CASE NO. 24-34840 |
| DEBTOR | | CHAPTER 7 |

**ORDER GRANTING AGREED MOTION FOR CIMENT LAW FIRM TO WITHDRAW AS COUNSEL FOR JUSTIN WHITWORTH**

DENIED without prejudice. Mr. Whitworth has not signed the motion and has not signed the proposed order. The Certificate of Service reflects that he was not served with either.

Signed: July 28, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 24-34840-mi
Justin Michael Whitworth  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Jul 28, 2025      Form ID: pdf002      Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Justin Michael Whitworth, 1318 W Forest Drive, Houston, TX 77043-4537 |
| cr | + | Dreamers Land and Minerals, PO Box 2910, Bryan, TX 77805-2910 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 28 2025 19:57:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arlene and Vernon Stawnicz |
| cr | | Extraco Banks, N.A. |
| cr | | Mary Whitworth |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025      Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

Amy Beth Clark-Downing
    on behalf of Debtor Justin Michael Whitworth amy@cimentlawfirm.com

Brendon D Singh
    on behalf of Creditor Dreamers Land and Minerals bsingh@ts-llp.com corraltransinghllp@jubileebk.net

Daniel J. Ciment
    on behalf of Debtor Justin Michael Whitworth Daniel@CimentLawFirm.com
    CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jana Smith Whitworth
    on behalf of Plaintiff Kevin M. Epstein jana.whitworth@usdoj.gov

Leslie Blake Rasner
    on behalf of Creditor Extraco Banks  N.A. brasner@haleyolson.com, tiffany.herbelin@haleyolson.com

Marc Douglas Myers
    on behalf of Trustee Randy W Williams mmyers@rossbanks.com
    dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com

Preston T Towber
    on behalf of Plaintiff Vernon Stawnicz preston@towberlaw.com  prestontowber@gmail.com

Preston T Towber
    on behalf of Creditor Mary Whitworth preston@towberlaw.com  prestontowber@gmail.com

Preston T Towber
    on behalf of Plaintiff Arlene Stawnicz preston@towberlaw.com  prestontowber@gmail.com

Preston T Towber
    on behalf of Creditor Arlene and Vernon Stawnicz preston@towberlaw.com  prestontowber@gmail.com

Randy W Williams
    rww@bymanlaw.com
    rw13@trustesolutions.com;rw13@trustesolutions.net;bam@bymanlaw.com;rw11@trustesolutions.net;rww.trustee1@gmail.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 13