**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**ORDER GRANTING MOTION TO PAY TAXES NUNC PRO TUNC**

**(Docket # ____)**

The Trustee is authorized to pay the US Treasury the sum of $1,673.00 for the estate's 2025 tax obligation nunc pro tunc to the date of payment.

SIGNED: _____

_____
Marvin Isgur
United States Bankruptcy Judge

*/s/ Marc Douglas Myers*

_____

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE