UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 24-34840 |
|---|---|
| Justin Michael Whitworth | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 72 |

On 8/12/2026, I did cause a copy of the following documents, described below,

Motion to Pay Tax Claims  ECF Docket Reference No. 72

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/12/2026

/s/ Marc Douglas Myers
Marc Douglas Myers  00797133

Ross, Banks, May, Cron & Cavin, P.C.
7700 San Felipe, Suite 550
Houston, TX 77063
713-626-1200
mmyers@rossbanks.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

Justin Michael Whitworth

CASE NO: 24-34840

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 72

On 8/12/2026, a copy of the following documents, described below,

Motion to Pay Tax Claims  ECF Docket Reference No. 72

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/12/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
7700 San Felipe, Suite 550
Houston, TX  77063

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

THE STATE OF TEXAS AND ALL SUBDIVISIONS THEREOF
C/O AGENT FOR THE RECEIPT OF PROCESS:  OFFICE OF
THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

THE STATE OF TEXAS AND SUBDIVISIONS THEREOF
C/O AGENT FOR THE RECEIPT OF PROCESS:  OFFICE OF
THE ATTORNEY GENERAL
300 W. 15TH STREET
AUSTIN, TX 78701

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
ROOM B-103950
PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

U.S. ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA, STE. 2300
HOUSTON, TX 77002

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
1919 SMITH STREET
M/S 5024 HOU
HOUSTON, TEXAS 77002

HARRIS COUNTY TAXING AUTHORITIES
P.O. BOX 3064
HOUSTON, TX. 77253-3064

ATTORNEY GENERAL
TAXATION DIVISION - BANKRUPTCY
BOX 12548 - CAPITOL STATION
AUSTIN, TEXAS 78711

ALLY BANK C/O AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118-7901

AFFIRM, INC.
ATTN: BANKRUPTCY
30 ISABELLA ST, FLOOR 4
PITTSBURGH, PA 15212-5862

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
500 WOODARD AVE
DETROIT, MI 48226-3416

AMERICAN STATE BANK-
1250 N NAVARRO
VICTORIA, TX 77901

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998-1540

BIBB INVESTMENTS
TOM BIBB
P.O. BOX 1619
BOERNE, TX 78006-6619

BRANDT DILLON FBO MARY DILLON
11007 LANDON LANE
FRIENDSWOOD, TX 77549

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

DREAMERS LAND AND MINERALS
PO BOX 2910
BRYAN, TX 77805-2910

DREW SCHILLER
PO BOX 11287
COLLEGE STATION, TX 77842-1287

EXTRACO BANKS NA
18 S MAIN STREET
TEMPLE, TX 76501-7712

INTERNAL REVENUE SERVICES
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JANGEL, FLP
DR. GARY HALL
10 CHAMPIONS RUN
SAN ANTONIO, TX 78258-7719

JOHN G. GEORGE, JR- GEORGE PLLC
310 MORNINGSIDE DR. #1308D20
FRIENDSWOOD, TX 77549-0117

JPMCB
MAILCODE LA4-7100 700 KANSAS LANE
MONROE, LA 71203

KEITH SEWELL
18699 ANASAZI BLUFF DR
COLLEGE STATION, TX 77845-6459

MARY ANN CHILDS
4769 BLAZING TRAIL
BRYAN, TX 77808-6858

MARY WHITWORTH
1027 WALTON
COLLEGE STATION, TX 77840-2310

MURRY B. BROWN
206 SPRING BRANCH
LUFKIN, TX 75904-7539

PAJO PROPERTIES, LTD
JOHN BROUGHER
7544 PIMILICO LN.
BOERNE, TX 78015-4818

PAUL MIESSE JR. & JEANETTE MIESSE
ESTATE OF PAUL & JEANETTE MIESSE
4593 SPENCER DRIVE
PLANO, TX 75024-6355

PROPEL FINANCIAL SERVICES
PO BOX 679230
DALLAS, TX 75267-9230

PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

PROSPERITY BANK
23310 CINCO RANCH BLVD
KATY, TX 77494-2883

PROSPERITY BANK
ATTN: SPECIAL ASSETS
101 S MAIN ST
VICTORIA, TX 77901-8118

SEIDEL SCHRODER
1575 CRESENT POINTE PARKWAY
COLLEGE STATION, TX 77845-7393

SUZANNE B. HAYES
653 DEFOREST ROAD
COPPELL, TX 75019-6092

SYNCHRONY BANK/AMAZON
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCHRONY BANK/CARE CREDIT
BANKRUPTCY DEPT
PO BOX 965060
ORLANDO, FL 32896-5060

SYNCHRONY/PAYPAL CREDIT
ATTN: BANKRUPTCY
PO BOX 71707
PHILADELPHIA, PA 19176-1707

VANDERBILT MORTGAGE AND FINANCE, INC
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802-9800

VERNON STAWNICZ & ARLENE STAWNICZ
11208 FM 1940
FRANKLIN, TX 77856-3890

WELLS & CUELLAR PC
440 LOUISIANA STREET
HOUSTON, TX 77002-1058

DANIEL J. CIMENT
CIMENT LAW FIRM, PLLC
221 BELLA KATY DRIVE
KATY, TX 77494-6821

JUSTIN MICHAEL WHITWORTH
1318 W FOREST DRIVE
HOUSTON, TX 77043-4537

RANDY W WILLIAMS
7924 BROADWAY, SUITE 104
PEARLAND, TX 77581-7933

US TRUSTEE
515 RUSK AVE., STE 3516
HOUSTON, TX 77002-2604