United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR** | § | **JUDGE ISGUR** |

**ORDER AUTHORIZING EMPLOYMENT OF TPS-WEST LLC**
**AS ACCOUNTANT TO THE TRUSTEE**

The Court, having considered the Application of Randy W. Williams, Chapter 7 Trustee, for Authority to Employ TPS-West LLC as Accountant (the "Application"), finds that notice of the Application was appropriate and in accordance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and that based on the law and facts set forth in the Application, the evidence presented, and the record in this case, the Court finds that the relief requested in the Application is in the best interests of the Trustee, the Debtor's estate, and their creditors and therefore should be GRANTED, accordingly, it is hereby:

ORDERED that the Trustee is authorized to employ TPS-West LLC as accountant for the Trustee, and it is further

ORDERED that any and all compensation to TPS-West LLC shall be subject to approval by this Court under 11 U.S.C. § 330; Or in the alternative, Application to Employ and to Pay Accountant pursuant to BLR 2014-1(c) for the purpose of providing tax preparation and accounting services, without further notice, for the flat rate of $425.00 per tax return payable at the completion of a return, and which employment shall be for no longer than three (3) years.

Signed: August 14, 2026

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:
Justin Michael Whitworth
Debtor

Case No. 24-34840-mi
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 2
Date Rcvd: Aug 17, 2026 Form ID: pdf002 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Justin Michael Whitworth, 1318 W Forest Drive, Houston, TX 77043-4537 |
| cr | + | Dreamers Land and Minerals, PO Box 2910, Bryan, TX 77805-2910 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Aug 17 2026 20:54:38 | Ross, Banks, May, Cron & Cavin, P.C., 7700 San Felipe, Suite 550, Houston, TX 77063-1618 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2026 20:57:10 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2026 20:56:42 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arlene and Vernon Stawnicz |
| cr | | Extraco Banks, N.A. |
| cr | | Mary Whitworth |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Debtor Justin Michael Whitworth amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Brendon D Singh | on behalf of Creditor Dreamers Land and Minerals bsingh@ts-llp.com corraltransinghllp@jubileebk.net |
| Daniel J. Ciment | on behalf of Debtor Justin Michael Whitworth Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Jana Smith Whitworth | on behalf of Plaintiff Kevin M. Epstein jana.whitworth@usdoj.gov |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Leslie Blake Rasner | on behalf of Creditor Extraco Banks N.A. brasner@haleyolson.com, tiffany.herbelin@haleyolson.com |
| Marc Douglas Myers | on behalf of Trustee Randy W Williams mmyers@rossbanks.com dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| Marc Douglas Myers | on behalf of Attorney Ross Banks, May, Cron & Cavin, P.C. mmyers@rossbanks.com, dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com pkarr@qslwm.com |
| Preston T Towber | on behalf of Plaintiff Vernon Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Creditor Arlene and Vernon Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Creditor Mary Whitworth preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Plaintiff Arlene Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Randy W Williams | rww@bymanlaw.com rw13@trustesolutions.com;rw13@trustesolutions.net;bam@bymanlaw.com;rw11@trustesolutions.net;rww.trustee1@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 15