United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**ORDER GRANTING MOTION TO PAY TAXES NUNC PRO TUNC**

**(Docket # 72)**

The Trustee is authorized to pay the US Treasury the sum of $1,673.00 for the estate's 2025 tax obligation nunc pro tunc to the date of payment.

Signed: September 02, 2026

Marvin Isgur
United States Bankruptcy Judge

*/s/ Marc Douglas Myers*

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

United States Bankruptcy Court
Southern District of Texas

In re:
Justin Michael Whitworth
Debtor

Case No. 24-34840-mi
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: ADIuser | Page 1 of 2
Date Rcvd: Sep 02, 2026 | Form ID: pdf002 | Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Justin Michael Whitworth, 1318 W Forest Drive, Houston, TX 77043-4537 |
| cr | + | Dreamers Land and Minerals, PO Box 2910, Bryan, TX 77805-2910 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 02 2026 20:56:40 | Ross, Banks, May, Cron & Cavin, P.C., 7700 San Felipe, Suite 550, Houston, TX 77063-1618 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 02 2026 21:07:05 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 02 2026 21:06:46 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arlene and Vernon Stawnicz |
| cr | | Extraco Banks, N.A. |
| cr | | Mary Whitworth |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Debtor Justin Michael Whitworth amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Brendon D Singh | on behalf of Creditor Dreamers Land and Minerals bsingh@ts-llp.com corraltransinghllp@jubileebk.net |
| Daniel J. Ciment | on behalf of Debtor Justin Michael Whitworth Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Jana Smith Whitworth | on behalf of Plaintiff Kevin M. Epstein jana.whitworth@usdoj.gov |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Leslie Blake Rasner | on behalf of Creditor Extraco Banks N.A. brasner@haleyolson.com, tiffany.herbelin@haleyolson.com |
| Marc Douglas Myers | on behalf of Trustee Randy W Williams mmyers@rossbanks.com dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| Marc Douglas Myers | on behalf of Attorney Ross Banks, May, Cron & Cavin, P.C. mmyers@rossbanks.com, dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com pkarr@qslwm.com |
| Preston T Towber | on behalf of Plaintiff Vernon Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Creditor Arlene and Vernon Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Creditor Mary Whitworth preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Plaintiff Arlene Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Randy W Williams | rww@bymanlaw.com rw13@trustesolutions.com;rw13@trustesolutions.net;bam@bymanlaw.com;rw11@trustesolutions.net;rww.trustee1@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 15