**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**STIPULATION AND ORDER**

**To the Honorable Marvin Isgur,**
**United States Bankruptcy Judge**:

COMES NOW Randy W. Williams, Chapter 7 Trustee (the "Trustee") of the above-captioned bankruptcy case and the Debtor who stipulate as follows:

WHEREAS, on October 27, 2025, the Court entered an Order approving a compromise between the Trustee and the Debtor under which, among other things, the Debtor was to pay the Trustee the total sum of $150,000 by October 1, 2026. Docket Number 57. The Debtor has paid $114,574.96 of this amount and has requested an extension of time to pay the remaining balance by October 7, 2026;

THEREFORE, the parties agree:

1. The deadline by which the Debtor is to pay the amount still due under the settlement approved by Docket Number 57 is extended to and through October 7, 2026.

**IT IS SO ORDERED.**

SIGNED: ________________________________

________________________________________
Marvin Isgur
United States Bankruptcy Judge

AGREED and STIPULATED TO:

*/s/ Marc Douglas Myers*

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

Amy Clark
Ciment Law Firm, PLLC
SBN 24043761
221 Bella Katy Drive
Katy, Texas 77494
(833) 663-3289; (832) 645-5165 fax
Amy@cimentlawfirm.com
COUNSEL FOR THE DEBTOR