**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**SUPPLEMENT TO FIRST INTERIM APPLICATION FOR COMPENSATION BY ROSS, BANKS, MAY, CRON & CAVIN, P.C. FOR CHAPTER 7 ADMINISTRATIVE EXPENSES FOR THE PERIOD OF FEBRUARY 3, 2025 TO OCTOBER 25, 2025, IN ITS CAPACITY AS GENERAL COUNSEL FOR RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE**

**To the Honorable Marvin Isgur,**
**United States Bankruptcy Judge**:

1. On October 28, 2025, General Counsel to the Trustee filed its First Interim Application for Compensation by Ross, Banks, May, Cron & Cavin, P.C. for Chapter 7 Administrative Expenses for the Period of February 3, 2025 to October 25, 2025, in its Capacity as General Counsel for Randy W. Williams, Chapter 7 Trustee at Docket Number 58, seeking approval for payment of interim fees in the amount of $17,600.00 and expenses in the amount of $129.38 (the "Interim Fee Application"). At that time, although a settlement had been made with the Debtor regarding certain claims that provided for payment of $150,000 over time to the estate, no funds had yet been received and an estimate of creditor dividend could not be made in the coversheet made part of the application.

2. On November 19, 2025, due to the inability to estimate the benefit of services to creditors, the Court abated consideration of the Interim Fee Application until such time that the benefit could be estimated.

3. Since the filing of the Interim Fee Application, the estate has collected the full $150,000 provided for under the settlement agreement which, when added to other collections, resulted in net deposits of $158,561.20 into the estate. From these funds $2,942.80 has been disbursed for auctioneer compensation ($1,264.75), taxes due by the estate ($1,673.00) and bond premiums ($5.05), leaving a balance of $155,618.40 in the estate. Applicant makes the following supplemental disclosures to the coversheet for the Interim Fee Application to provide an estimate of benefit to creditors:

| | |
|---|---|
| Total of other payments paid to secured creditors: | $0.00 |
| Total of other payments paid to administrative claimants: | $1,264.75 |
| Estimated total for distribution to priority unsecured creditors: | $68,379.50 |
| Estimated percentage dividend to priority unsecured creditors: | 100% |
| Estimated total for distribution to general unsecured creditors: | $53,329.90 |
| Estimated percentage dividend to general unsecured creditors: | 1% |
| Receipts to date: | $158,561.20 |
| Disbursements to date: | $2,942.80 |
| Current balance in the Trustee's accounts: | $155,618.40 |

Respectfully submitted,

*/s/ Marc Douglas Myers*

______________________________

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE