**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**WITHDRAWAL OF PROOF OF CLAIM**

1. On March 28, 2025, Prosperity Bank ("Claimant") filed proof of claim number three (3) asserting a secured claim in the amount of $365,960.19 ("POC 3").

2. The undersigned is a duly authorized representative of Claimant and is authorized to execute this Withdrawal of Proof of Claim.

3. Claimant does hereby withdraw POC 3 in its entirety.

**By**: ______________________________
Samantha Allen an authorized representative of Claimant

**Dated:** 10/13/2026