United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION BY ROSS, BANKS, MAY, CRON & CAVIN, P.C. FOR CHAPTER 7 ADMINISTRATIVE EXPENSES FOR THE PERIOD OF FEBRUARY 3, 2025 TO OCTOBER 25, 2025, IN ITS CAPACITY AS GENERAL COUNSEL FOR RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE**

(**Docket # 58**)

After due notice, came on for consideration the Application (the "Application") of Ross, Banks, May, Cron & Cavin, P.C. ("Ross Banks) for compensation for Chapter 7 Administrative expenses in its capacity as general counsel for Randy W. Williams, Chapter 7 Trustee ("Trustee"). After having considered the Application, as supplemented, the Court is of the opinion that the fees and expenses sought to be recovered should be allowed and paid in the amounts set forth below to Ross Banks as counsel to the Trustee herein, it is therefore

ORDERED that Ross Banks is ALLOWED compensation in the amount of $17,600.00 for attorneys' fees, and expenses in the amount of $129.38, on an interim basis, pursuant to 11 U.S.C. § 330(a)(1)(A) and (B) and that such compensation/reimbursement is entitled to treatment as an administrative expense under 11 U.S.C. § 503(b)(2); it is further

ORDERED that the Trustee, is hereby AUTHORIZED to disburse to Ross Banks all of the foregoing amounts set forth above, or such lesser amounts which might be agreed to by the parties based on the availability of funds.

Signed: November 02, 2026

Marvin Isgur
United States Bankruptcy Judge

*/s/ Marc Douglas Myers*

______________________________

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

United States Bankruptcy Court
Southern District of Texas

In re: Justin Michael Whitworth
Debtor

Case No. 24-34840-mi
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser 
Date Rcvd: Nov 02, 2026 Form ID: pdf002 Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Justin Michael Whitworth, 1318 W Forest Drive, Houston, TX 77043-4537 |
| cr | + | Dreamers Land and Minerals, PO Box 2910, Bryan, TX 77805-2910 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Nov 02 2026 20:22:44 | Ross, Banks, May, Cron & Cavin, P.C., 7700 San Felipe, Suite 550, Houston, TX 77063-1618 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2026 21:34:25 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2026 21:35:34 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2026 21:34:25 | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arlene and Vernon Stawnicz |
| cr | | Extraco Banks, N.A. |
| cr | | Mary Whitworth |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Debtor Justin Michael Whitworth amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Brendon D Singh | on behalf of Creditor Dreamers Land and Minerals bsingh@ts-llp.com corraltransinghllp@jubileebk.net |
| Daniel J. Ciment | on behalf of Debtor Justin Michael Whitworth Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jana Smith Whitworth | on behalf of Plaintiff Kevin M. Epstein jana.whitworth@usdoj.gov |
| Leslie Blake Rasner | on behalf of Creditor Extraco Banks N.A. brasner@haleyolson.com, tiffany.herbelin@haleyolson.com |
| Marc Douglas Myers | on behalf of Trustee Randy W Williams mmyers@rossbanks.com dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| Marc Douglas Myers | on behalf of Attorney Ross Banks, May, Cron & Cavin, P.C. mmyers@rossbanks.com, dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com pkarr@qslwm.com |
| Preston T Towber | on behalf of Creditor Mary Whitworth preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Plaintiff Vernon Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Creditor Arlene and Vernon Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Preston T Towber | on behalf of Plaintiff Arlene Stawnicz preston@towberlaw.com prestontowber@gmail.com |
| Randy W Williams | rww@bymanlaw.com rw13@trustesolutions.com;rw13@trustesolutions.net;bam@bymanlaw.com;rw11@trustesolutions.net;rww.trustee1@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 15