**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL** | § | |
| **WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE ISGUR** |

**FIRST AND FINAL APPLICATION FOR COMPENSATION OF TPS-WEST, LLC, ACCOUNTANT FOR THE TRUSTEE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**Application Summary**

| | | |
|---|---|---|
| **Name of Applicant:** | TPS-West, LLC | |
| **Applicant's role in case:** | Trustee's Accountant | |
| **Date Order of Appointment Signed:** | 08/14/2026 (Docket no. 74) | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/15/2026 | 11/09/2026 |
| **Time period(s) covered by prior Applications:** | n/a | n/a |
| **Total amounts awarded in all prior Applications:** | | n/a |
| **Total fees requested in this Application and in all prior Applications:** | | $4,789.50 |
| **Total fees requested in this Application:** | | $4,789.50 |
| **Total professional fees requested in this Application:** | | $4,619.50 |
| **Total actual professional hours covered by this Application:** | | 16.10 |
| **Average hourly rate for professionals:** | | $286.93 |

| | |
|---|---|
| **Total paraprofessional fees requested in this Application:** | $170.00 |
| **Total actual paraprofessional hours covered by this Application:** | 3.10 |
| **Average hourly rate for paraprofessionals:** | $54.84 |
| **Reimbursable expenses sought in this Application:** | $83.84 |
| **Application cost: (included above)** | $720.00 |
| **Total of other payments paid to secured claimants:** | $1,673.00 |
| **Total of other payments paid to administrative claimants:** | $1,264.75 |
| **Estimated total for distribution to priority unsecured creditors:** | $121,100.00 |
| **Estimated percentage dividend to priority unsecured creditors:** | 84% |
| **Estimated total for distribution to general unsecured creditors:** | $0.00 |
| **Estimated percentage dividend to general unsecured creditors:** | N/A |
| **Receipts to date:** | $158,561.20 |
| **Disbursements to date:** | $2,942.80 |
| **Current balance in the Trustee's accounts:** | $155,618.40 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Richard P. Anderson of the firm of TPS-West, LLC, Accountant to the Trustee in the above-referenced Chapter 7 proceeding, and filing this Application for Compensation would respectfully show the Court as follows:

I.

TPS-West, LLC ("Applicant") is an independent accountant for Randy W. Williams, Trustee, and makes this Application for Compensation pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016 for professional services rendered from July 15, 2026 to November 9, 2026.

II.

That pursuant to the motion of the Trustee, the Applicant's employment as an independent accountant to the Trustee was sought and filed in this Court on July 20, 2026. The order approving the employment of the Applicant is attached hereto as Exhibit "A".

III.

All services for which compensation is requested are for and in connection with services performed for and on behalf of the Trustee, at the request of the Trustee, and not on behalf of any other entity, creditor, or party in interest. The Trustee has been given the opportunity to review this application and has approved the requested amount.

IV.

The Applicant has not filed any prior application for compensation in this case.

V.

The Debtor is an individual who filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

VI.

The detailed nature, extent, and scope of the issues facing the Applicant during the period of time covered by this application will follow.

VII.

Attached as Exhibit “B” is the invoice of the Applicant. It is set forth, diary style, by category, and each timekeeper is noted.

VIII.

Benefit to the Creditors and Estate. As a result of the Applicant’s efforts, creditors benefited in the following manner:

(a) Federal Income Tax Work. The Estate was able to discharge its legal obligation to file Federal Income Tax returns. Two Form 1041 Tax Returns were prepared in this case for tax years 2025 and 2026 (being a final short-year return).

In preparation for the Federal tax work in this case the Applicant (1) reviewed the docket report and other case relevant pleadings; (2) reviewed the estate cash receipts and

disbursements; (3) reviewed the estate asset schedule; (4) reviewed the debtor's prior pre-petition return; and (5) researched and analyzed the tax implications for funds received by the Trustee. The returns were prepared in a manner which reflected no tax due. The Applicant also prepared the §505(b) prompt determination request letter.

| Timekeeper | Hours | Rate | Billed |
|---|---|---|---|
| Richard P. Anderson, CPA | 3.40 | $330.00 | $ 1,122.00 |
| Rhonda B. Fronk, CPA | 10.10 | $275.00 | $ 2,777.50 |
| Natalie S. Hinson | 1.00 | $170.00 | $ 170.00 |
| Natalie S. Hinson | 0.20 | No Charge | $ 0.00 |
| **TOTAL** | **14.70** | | **$ 4,069.50** |

b) Fee Application Preparation. Below is a schedule by timekeeper of time spent preparing the application to employ accountant and this fee application. Time spent on the application to employ accountant is a courtesy item and is reflected as no charge.

| Timekeeper | Hours | Rate | Billed |
|---|---|---|---|
| Richard P. Anderson, CPA | 0.20 | No Charge | $ 0.00 |
| James L. Clarke, CPA | 2.40 | $300.00 | $ 720.00 |
| Natalie S. Hinson | 1.90 | No Charge | $ 0.00 |
| **TOTAL** | **4.50** | | **$ 720.00** |

IX.

Analysis of the twelve factors set forth in the cases of *In re First Colonial Corp. of America,* 544 F.2d 1291, 1298-99 (5th Cir. 1977), cert. denied, 431 U.S. 904 (1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) which govern the Court's determination of the propriety of fee allowances and out-of-pocket expense reimbursements requested by the Applicant is set forth hereinafter. Under those factors, the Applicant respectfully submits that it is entitled to recover the fees and expenses sought by this Application. Attached and also marked as Exhibit "B" is a detail of those out-of-pocket costs.

a) Time and Labor Expended. The total number of hours spent and being billed by the Applicant for its representation for the Trustee for the period covering this fee application is as follows:

| Employee | Actual Hours | Hourly Rate | Amount Billed |
|---|---|---|---|
| Richard P. Anderson, CPA | 3.40 | $330.00 | $ 1,122.00 |
| Richard P. Anderson, CPA | 0.20 | No Charge | $ 0.00 |
| James L. Clarke, CPA | 2.40 | $300.00 | $ 720.00 |
| Rhonda B. Fronk, CPA | 10.10 | $275.00 | $ 2,777.50 |
| Natalie S. Hinson | 1.00 | $170.00 | $ 170.00 |
| Natalie S. Hinson | 2.10 | No Charge | $ 0.00 |
| **Total** | **19.20** | | **$ 4,789.50** |

At the Applicant's normal billing rates, the fees for services rendered total $4,789.50. The average billing rate per hour would be $249.45. Attached and marked as Exhibit "B" is a detailed description of time expended during the period of time covered by this fee application.

b) Novelty and Difficulty of Issues. The issues dealt with in the case were not overly novel or difficult; however, the Applicant had to be familiar with bankruptcy forms such as the Statement of Financial Affairs and Bankruptcy Schedules. Additionally, the Applicant had to be familiar with generally accepted accounting principles, Internal Revenue Service rules, and Treasury regulations.

c) The Skill Requisite to Perform Accounting Services Properly. Richard P. Anderson, CPA, earned his Bachelor of Business Administration in Accounting from Sam Houston State University and has been practicing public accounting for approximately nineteen (19) years. Specializing in income tax preparation, he has spent the past ten (10) years in management, leading teams of tax preparers and providing advisory services to tax clients. His experience also includes extensive involvement in over 200 bankruptcy cases, encompassing both Chapter 7 and Chapter 11, where

he has overseen federal and state tax return preparation, tax planning, preference analysis, and various compliance filings. He is a member of the American Institute of Certified Public Accountants (AICPA), the Texas Society of Certified Public Accountants (TSCPA), and the National Association of Bankruptcy Trustees (NABT).

James L. Clarke, CPA/ABV, CVA, earned his Bachelor of Business Administration from Sam Houston State University and his Master of Science in Accounting from Southern Methodist University. He has practiced public accounting for approximately fourteen (14) years, primarily specializing in valuation and litigation support. His experience includes projects related to estate and gift tax, succession planning, insurance claims, divorce settlements, buy/sell negotiations, and economic damage determination. He has also played a significant role in over 200 bankruptcy cases, overseeing compliance reports, valuation assessments, and ad valorem tax issues. His work in bankruptcy matters has involved analyzing financial positions and assessing asset values. Mr. Clarke is a Texas Certified General Real Estate Appraiser with extensive experience in commercial, agricultural, industrial, and residential real estate matters. He is a member of the American Institute of Certified Public Accountants (AICPA), the Texas Society of Certified Public Accountants (TSCPA), and the National Association of Bankruptcy Trustees (NABT).

Rhonda B. Fronk, CPA is an associate in the firm. She graduated from the University of Oklahoma with a Master in Accountancy. She has been practicing accounting for approximately twenty-four (24) years. She has extensive experience in budgeting, financial statement preparation, and income tax preparation. She is a member of the American Institute of Certified Public Accountants (AICPA) and the Texas Society of Certified Public Accountants (TSCPA). Ms. Fronk is on the Editorial Board of the bi-monthly journal published by the TSCPA, *Today's CPA Magazine*.

Natalie S. Hinson is a paraprofessional in the firm. She is certified by the Association of Bankruptcy Judicial Assistants as a Certified Bankruptcy Assistant. Her work has included case administration, procedural responsibilities, taxation, and accountancy. Over the last twenty-four (24) years, Mrs. Hinson has worked for law firms and CPA practices operating in the bankruptcy arena as well as Chapter 7 and Chapter 11 Trustees within the Southern District of Texas. She has experience in a wide variety of bankruptcy and insolvency matters.

d) Preclusion From Other Employment. This case did not preclude the Applicant from engaging in other employment.

e) Customary Fees. The Applicant has applied for compensation for fees that are its customary billing rates. The Applicant's billing rates have previously been approved in fee applications filed in this court. In this case, the hourly fee computation would indicate a fee to the applicant as stated in section (a).

f) Whether Fees Are Fixed or Contingent. Applicant was employed by the Trustee with the understanding that all fee applications would be subject to court approval. Implicit in this is that all fee applications would be subject to the availability of funds within the estate. To this extent the Applicant's commitment to the Trustee for services to be rendered in this case was on a contingent fee basis.

g) Time Limitations Imposed by Client or Other Circumstances. The Trustee kept the Applicant under time restraints to complete the preparation of the tax work to comply with applicable deadline per federal taxing authorities.

h) Results Obtained. Bankruptcy Code and Internal Revenue Code sections generally provide that the Trustee must have prepared and filed appropriate tax returns during the administration of a case. This work has enabled the Trustee to fulfill that duty. The Applicant would also refer to paragraph "VIII" as the additional results obtained for the benefit of the estate.

i) Experience, Reputation and Ability. The Applicant would refer to the statement set forth herein above in subparagraph c) as if the same were set out fully here. The Applicant has extensive experience and has performed accounting services in bankruptcy matters pending before this Honorable Court in the past.

j) The Undesirability of this Case. Undesirability has not yet been a factor in this proceeding.

k) The Nature and Length of the Professional Relationship with Client. The Applicant had no previous relationship with the Debtor prior to its employment pursuant to Court order by the Trustee.

l) All Awards in Similar Cases. Fees requested are similar to those awarded in comparable Chapter 7 cases in the Southern District of Texas.

X.

All services for which compensation is requested were performed on behalf of the Trustee and not on behalf of any other committee, debtor, creditor, or other person. All services performed and expenses incurred were reasonable and necessary and none were duplicated.

There is no agreement or understanding in existence between the Applicant and any other party for the sharing of compensation except as allowed under Rule 2016 of the Federal Rules of Bankruptcy Procedure.

Pursuant to Rule 2016 no payments have heretofore been made by any party, except as approved by Court, or promised by any party to the Applicant for the services rendered. Total receipts in this case are $158,561.20 less disbursements of $2,942.80 leaving cash on hand of $155,618.40 in the estate's trust account.

XI.

The Applicant submits with the foregoing services rendered by the Applicant and staff, particularly in light of the issues successfully addressed by the Applicant, the expertise of the Applicant which it has utilized to the fullest extent in the proceeding, the customary fee which the Applicant could have obtained in the Houston community, the time deadlines experienced by the Applicant, and especially the results achieved by the Applicant fully warrant the fee requested herein be allowed in full in the amount of $4,789.50 together with reimbursement of all expenses in the amount of $83.84 and for such other and further relief to which the Applicant may show itself justly entitled.

XII.

Notice of the filing and Summary of this Application for Compensation was served pursuant to the Local Bankruptcy Rules for the Southern District of Texas, Houston Division. A true and correct copy of the Notice and Summary is attached hereto as Exhibit "C".

DATED 12th day of November 2026.

Respectfully submitted,

By: *<u>/s/ Richard P. Anderson, CPA</u>*

Richard P. Anderson
TPS-West, LLC
10260 Westheimer Rd., Suite 210
Houston, TX 77042
(281) 807-7811

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing Application for Compensation has been served upon the Trustee and the U.S. Trustee, by First class U.S. Mail, postage pre-paid or email, on this the 12th day of November 2026.

*/s/ Richard P. Anderson*
Richard P. Anderson

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR** | § | **JUDGE ISGUR** |

**ORDER AUTHORIZING EMPLOYMENT OF TPS-WEST LLC**
**AS ACCOUNTANT TO THE TRUSTEE**

The Court, having considered the Application of Randy W. Williams, Chapter 7 Trustee, for Authority to Employ TPS-West LLC as Accountant (the "Application"), finds that notice of the Application was appropriate and in accordance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and that based on the law and facts set forth in the Application, the evidence presented, and the record in this case, the Court finds that the relief requested in the Application is in the best interests of the Trustee, the Debtor's estate, and their creditors and therefore should be GRANTED, accordingly, it is hereby:

ORDERED that the Trustee is authorized to employ TPS-West LLC as accountant for the Trustee, and it is further

ORDERED that any and all compensation to TPS-West LLC shall be subject to approval by this Court under 11 U.S.C. § 330; Or in the alternative, Application to Employ and to Pay Accountant pursuant to BLR 2014-1(c) for the purpose of providing tax preparation and accounting services, without further notice, for the flat rate of $425.00 per tax return payable at the completion of a return, and which employment shall be for no longer than three (3) years.

Signed: August 14, 2026

Marvin Isgur
United States Bankruptcy Judge

TPS-West, LLC
Certified Public Accountants
10260 Westheimer Rd., Suite 210
Houston, TX 77042

Invoice submitted to:
Justin Michael Whitworth Bk # 24-34840-MPI-7
c/o Randy W. Williams
Chapter 7 Bankruptcy Trustee
7924 Broadway, Suite 104
Pearland, TX 77581

November 9, 2026

Invoice #4273

Professional Services

Federal Tax Reporting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2026 | NH | Save documents from the trustee. | 0.10 | NO CHARGE |
| | NH | Email correspondence re: new case | 0.10 | NO CHARGE |
| 7/16/2026 | NH | Request additional information from the trustee. | 0.10<br>$170.00/hr | $17.00 |
| | NH | Set up case file | 0.40<br>$170.00/hr | $68.00 |
| | NH | Perform conflicts check | 0.20<br>$170.00/hr | $34.00 |
| 7/17/2026 | NH | Update case file with return copies and estate tax ID received from the Trustee. | 0.30<br>$170.00/hr | $51.00 |
| 7/31/2026 | RBF | Review debtor financial records to glean information necessary for preparation of 2025 Form 1041 income tax return. | 0.60<br>$275.00/hr | $165.00 |
| 8/3/2026 | RBF | Prepare IRS tax return filing instruction letter for 2025 Form 1041 income tax package. | 0.20<br>$275.00/hr | $55.00 |
| | RBF | Prepare federal 505(b) letter for 2025 Form 1041 income tax package. | 0.20<br>$275.00/hr | $55.00 |
| | RBF | Prepare Bankruptcy Tax Statement to accompany 2025 Form 1041 income tax return. | 0.20<br>$275.00/hr | $55.00 |
| | RBF | Prepare draft of 2025 Form 1041 income tax return for review. | 0.40<br>$275.00/hr | $110.00 |
| | RBF | Prepare tax workpapers to support 2025 Form 1041 income tax return. | 0.70<br>$275.00/hr | $192.50 |
| | RBF | Review court documents relevant to tax issues to determine proper tax treatment for 2025 Form 1041 income tax return. | 0.80<br>$275.00/hr | $220.00 |
| | RBF | Analyze financial data for use in 2025 Form 1041 income tax return. | 1.30<br>$275.00/hr | $357.50 |
| 8/6/2026 | RPA | Review of 2025 tax return along with associated working papers. | 1.30<br>$330.00/hr | $429.00 |
| 10/8/2026 | RPA | Analyze Forms to determine filing requirements | 0.60<br>$330.00/hr | $198.00 |
| | RPA | Communicate with R. Williams re: final return | 0.30<br>$330.00/hr | $99.00 |
| 10/14/2026 | RBF | Review court documents relevant to tax issues to determine proper tax treatment for 2026 Form 1041 final income tax return. | 0.80<br>$275.00/hr | $220.00 |
| | RBF | Analyze financial data for use in 2026 Form 1041 final income tax return. | 0.40<br>$275.00/hr | $110.00 |
| 10/15/2026 | RBF | Prepare IRS tax return filing instruction letter for 2026 Form 1041 final income tax package. | 0.20<br>$275.00/hr | $55.00 |
| | RBF | Prepare federal 505(b) letter for 2026 Form 1041 final income tax package. | 0.20<br>$275.00/hr | $55.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/15/2026 | RBF | Prepare Bankruptcy Tax Statement to accompany 2026 Form 1041 final income tax return. | 0.20<br>$275.00/hr | $55.00 |
| | RBF | Prepare draft of 2026 Form 1041 final income tax return for review. | 0.40<br>$275.00/hr | $110.00 |
| | RBF | Prepare tax workpapers to support 2026 Form 1041 final income tax return. | 0.80<br>$275.00/hr | $220.00 |
| | RBF | Analyze additional financial data for use in 2026 Form 1041 final income tax return. | 2.70<br>$275.00/hr | $742.50 |
| 10/30/2026 | RPA | Review final tax filing along with associated working papers. | 1.20<br>$330.00/hr | $396.00 |
| | | SUBTOTAL: | [ 14.70 | $4,069.50] |
| | | TPSW Fee Application | | |
| 7/16/2026 | NH | Prepare application to employ accountant. | 0.40 | NO CHARGE |
| 7/17/2026 | NH | Prepare application to employ accountant; submit to the trustee for approval. | 0.40 | NO CHARGE |
| | RPA | Review application to employ. | 0.20 | NO CHARGE |
| 7/20/2026 | NH | Notarize and ECF application to employ accountant. | 0.40 | NO CHARGE |
| 8/24/2026 | NH | Save order employing accountant; update employment status on case file. | 0.20 | NO CHARGE |
| 11/5/2026 | JLC | Prepare invoice for first and final fee application | 0.50<br>$300.00/hr | $150.00 |
| | JLC | Prepare draft of fee application binder [inclusive of fee application (1.30),proposed order (0.10), notice (0.20) along with exhibits (0.30)]. | 1.90<br>$300.00/hr | $570.00 |
| 11/9/2026 | NH | Send to legal noticing for processing | 0.20 | NO CHARGE |
| | NH | ECF of first and final fee application | 0.30 | NO CHARGE |
| | | SUBTOTAL: | [ 4.50 | $720.00] |
| | | For professional services rendered | 19.20 | $4,789.50 |
| | | Additional Charges : | | |
| | | Copy Expense | | |
| 8/3/2026 | NH | Monthly copy count - July 2026 | | $9.80 |
| 11/1/2026 | NH | Monthly copy count - October 2026 | | $21.00 |
| | | SUBTOTAL: | | [ $30.80] |
| | | Legal Noticing | | |
| 11/9/2026 | NH | Noticing of first and final fee application | | $53.04 |
| | | SUBTOTAL: | | [ $53.04] |
| | | Total costs | | $83.84 |
| | | Total amount of this bill | | $4,873.34 |
| | | Balance due | | $4,873.34 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James L. Clarke | 2.40 | $300.00 | $720.00 |
| Natalie S. Hinson | 1.00 | $170.00 | $170.00 |
| Natalie S. Hinson | 2.10 | $0.00 | $0.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Rhonda B. Fronk | 10.10 | $275.00 | $2,777.50 |
| Richard P. Anderson | 3.40 | $330.00 | $1,122.00 |
| Richard P. Anderson | 0.20 | $0.00 | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL** | **§** | |
| **WHITWORTH** | **§** | **CHAPTER 7** |
| | **§** | |
| **DEBTOR** | **§** | **JUDGE ISGUR** |

**NOTICE OF FILING FIRST AND FINAL APPLICATION FOR COMPENSATION OF ACCOUNTANT FOR THE TRUSTEE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Please take notice that TPS-West, LLC, Trustee's accountant, has filed its First and Final Application for Allowance of Compensation seeking final compensation for services as the trustee's accountant. Requested compensation includes fees of $4,789.50 and out-of-pocket expenses of $83.84 for the period from July 15, 2026 through November 9, 2026. The Applicant seeks to surcharge these fees and expenses against the cash resources held by the Trustee. The Application was filed with the Clerk of the United States Bankruptcy Court, 515 Rusk Avenue, First Floor, Houston, Texas 77002 on the date of this notice and may be reviewed between 8:00 a.m. and 5:00 p.m., Monday through Friday. A copy of the Application may also be obtained by telephonic or written request to the undersigned.

Dated: November 12, 2026

/s/ Richard P. Anderson, CPA
TPS-West, LLC
10260 Westheimer Rd., Suite 210
Houston, TX 77042
(281) 807-7811

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Notice was served by U.S. first class mail as set forth on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on November 12, 2026.

*/s/ Richard P. Anderson*
Richard P. Anderson

Label Matrix for local noticing
0541-4
Case 24-34840
Southern District of Texas
Houston
Fri Nov 6 15:08:36 CST 2026

Ally Bank
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Dreamers Land and Minerals
PO Box 2910
Bryan, TX 77805-2910

Ross, Banks, May, Cron & Cavin, P.C.
7700 San Felipe, Suite 550
Houston, TX 77063-1618

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212-5862

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226-3416

American State Bank-
1250 N Navarro
Victoria, TX 77901

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bibb Investments
Tom Bibb
P.O. Box 1619
Boerne, TX 78006-6619

Brandt Dillon FBO Mary Dillon
11007 Landon Lane
Friendswood, TX 77549

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Chase Bank
905 Katy Fort Bend Rd
Katy, TX 77494-2070

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Drew Schiller
PO BOX 11287
College Station, TX 77842-1287

Extraco Banks Na
18 S Main Street
Temple, TX 76501-7712

Extraco Banks, N.A.
c/o Blake Rasner
Haley & Olson, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76712-8517

Internal Revenue Services
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jangel, FLP
Dr. Gary Hall
10 Champions Run
San Antonio, TX 78258-7719

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

John Brougher, Pajo Properties, Ltd.
231 Majestic Ridg
Comfort, TX 78013-3723

John G. George, Jr- George PLLC
310 Morningside Dr. #1308D20
Friendswood, TX 77549-0117

Jpmcb
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

Keith Sewell
18699 Anasazi Bluff Dr
College Station, TX 77845-6459

Mary Ann Childs
4769 Blazing Trail
Bryan, TX 77808-6858

Mary Whitworth
1027 Walton
College Station, TX 77840-2310

Murry B. Brown
206 Spring Branch
Lufkin, TX 75904-7539

Pajo Properties, LTD
John Brougher
7544 Pimilico Ln.
Boerne, TX 78015-4818

Paul Miesse Jr. & Jeanette Miesse
Estate of Paul & Jeanette Miesse
4593 Spencer Drive
Plano, TX 75024-6355

Propel Financial Services
PO Box 679230
Dallas, TX 75267-9230

Prosper Funding LLC
221 Main Street Suite 300
San Francisco, CA 94105-1909

Prosperity Bank
23310 Cinco Ranch Blvd
Katy, TX 77494-2883

Prosperity Bank
Attn: Special Assets
101 S Main St
Victoria, TX 77901-8118

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Seidel Schroder
1575 Cresent Pointe Parkway
College Station, TX 77845-7393

Suzanne B. Hayes
653 Deforest Road
Coppell, TX 75019-6092

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Synchrony Bank/Amazon
PO Box 965005
Orlando, FL 32896-5005

Synchrony Bank/Care Credit
Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 71707
Philadelphia, PA 19176-1707

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Vanderbilt Mortgage and Finance, Inc
Attn: Bankruptcy
PO Box 9800
Maryville, TN 37802-9800

Vernon Stawnicz & Arlene Stawnicz
11208 FM 1940
Franklin, TX 77856-3890

Wells & Cuellar PC
440 Louisiana Street
Houston, TX 77002-1058

Amy Beth Clark-Downing
Ciment Law Firm
221 Bella Katy Dr.
77494-6821
Katy, TX 77494-6821

Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 77494-6821

Justin Michael Whitworth
1318 W Forest Drive
Houston, TX 77043-4537

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Extraco Banks, N.A.

(d)Dreamers Land and Minerals
PO BOX 2910
Bryan, TX 77805-2910

(u)Arlene and Vernon Stawnicz

(u)Mary Whitworth

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 51 |
| Bypassed recipients | 4 |
| Total | 55 |