**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL** | § | |
| **WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE ISGUR** |

**ORDER AUTHORIZING FIRST AND FINAL COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE**

At Houston, in said district, TPS-West, LLC, Accountant for Randy W. Williams, Trustee, filed its application for compensation in the total amount of $4,789.50 as an administrative expense in these proceedings pursuant to Section 503(b)(2) of the Bankruptcy Code and further requesting that the Court authorize the above amount allowed to said accountant; and the application further requesting the Court to authorize the Trustee in this case to reimburse TPS-West, LLC, for actual and necessary expenses incurred totaling $83.84 as administrative expense under Section 330 and 503(b)(2) of the Bankruptcy Code and TPS-West, LLC, having duly filed its application and notice to creditors pursuant to the Local Rules of this Court, and the Court being of the opinion that the Application for Compensation sets forth sufficient cause why the firm of TPS-West, LLC should be awarded compensation in the amount indicated below and, in accordance with the criteria set forth in The Matter of First Colonial Corporation of America, 544 F.2d 1291 (Fifth Cir. 1977) and should accordingly be granted, it is therefore

ORDERED that the Trustee be, and hereby is, authorized to pay the accounting firm of TPS-West, LLC, the amount of $4,789.50 for services rendered and $83.84 for actual and necessary expenses incurred in these proceedings.