**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL** | § | |
| **WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE ISGUR** |

**NOTICE OF FILING FIRST AND FINAL APPLICATION FOR COMPENSATION OF ACCOUNTANT FOR THE TRUSTEE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Please take notice that TPS-West, LLC, Trustee’s accountant, has filed its First and Final Application for Allowance of Compensation seeking final compensation for services as the trustee’s accountant. Requested compensation includes fees of $4,789.50 and out-of-pocket expenses of $83.84 for the period from July 15, 2026 through November 9, 2026. The Applicant seeks to surcharge these fees and expenses against the cash resources held by the Trustee. The Application was filed with the Clerk of the United States Bankruptcy Court, 515 Rusk Avenue, First Floor, Houston, Texas 77002 on the date of this notice and may be reviewed between 8:00 a.m. and 5:00 p.m., Monday through Friday. A copy of the Application may also be obtained by telephonic or written request to the undersigned.

Dated: November 12, 2026

*/s/ Richard P. Anderson, CPA*
TPS-West, LLC
10260 Westheimer Rd., Suite 210
Houston, TX 77042
(281) 807-7811

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Notice was served by U.S. first class mail as set forth on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on November 12, 2026.

*/s/ Richard P. Anderson*
Richard P. Anderson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-34840<br>Southern District of Texas<br>Houston<br>Fri Nov 6 15:08:36 CST 2026 | Ally Bank<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Dreamers Land and Minerals<br>PO Box 2910<br>Bryan, TX 77805-2910 | Ross, Banks, May, Cron & Cavin, P.C.<br>7700 San Felipe, Suite 550<br>Houston, TX 77063-1618 | Synchrony Bank by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Affirm, Inc.<br>Attn: Bankruptcy<br>30 Isabella St, Floor 4<br>Pittsburgh, PA 15212-5862 | Ally Financial, Inc<br>Attn: Bankruptcy<br>500 Woodard Ave<br>Detroit, MI 48226-3416 |
| American State Bank-<br>1250 N Navarro<br>Victoria, TX 77901 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Bibb Investments<br>Tom Bibb<br>P.O. Box 1619<br>Boerne, TX 78006-6619 |
| Brandt Dillon FBO Mary Dillon<br>11007 Landon Lane<br>Friendswood, TX 77549 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Bank<br>905 Katy Fort Bend Rd<br>Katy, TX 77494-2070 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Drew Schiller<br>PO BOX 11287<br>College Station, TX 77842-1287 |
| Extraco Banks Na<br>18 S Main Street<br>Temple, TX 76501-7712 | Extraco Banks, N.A.<br>c/o Blake Rasner<br>Haley & Olson, P.C.<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712-8517 | Internal Revenue Services<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jangel, FLP<br>Dr. Gary Hall<br>10 Champions Run<br>San Antonio, TX 78258-7719 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| John Brougher, Pajo Properties, Ltd.<br>231 Majestic Ridg<br>Comfort, TX 78013-3723 | John G. George, Jr- George PLLC<br>310 Morningside Dr. #1308D20<br>Friendswood, TX 77549-0117 | Jpmcb<br>MailCode LA4-7100 700 Kansas Lane<br>Monroe, LA 71203 |
| Keith Sewell<br>18699 Anasazi Bluff Dr<br>College Station, TX 77845-6459 | Mary Ann Childs<br>4769 Blazing Trail<br>Bryan, TX 77808-6858 | Mary Whitworth<br>1027 Walton<br>College Station, TX 77840-2310 |

Murry B. Brown
206 Spring Branch
Lufkin, TX 75904-7539

Pajo Properties, LTD
John Brougher
7544 Pimilico Ln.
Boerne, TX 78015-4818

Paul Miesse Jr. & Jeanette Miesse
Estate of Paul & Jeanette Miesse
4593 Spencer Drive
Plano, TX 75024-6355

Propel Financial Services
PO Box 679230
Dallas, TX 75267-9230

Prosper Funding LLC
221 Main Street Suite 300
San Francisco, CA 94105-1909

Prosperity Bank
23310 Cinco Ranch Blvd
Katy, TX 77494-2883

Prosperity Bank
Attn: Special Assets
101 S Main St
Victoria, TX 77901-8118

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Seidel Schroder
1575 Cresent Pointe Parkway
College Station, TX 77845-7393

Suzanne B. Hayes
653 Deforest Road
Coppell, TX 75019-6092

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Synchrony Bank/Amazon
PO Box 965005
Orlando, FL 32896-5005

Synchrony Bank/Care Credit
Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 71707
Philadelphia, PA 19176-1707

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Vanderbilt Mortgage and Finance, Inc
Attn: Bankruptcy
PO Box 9800
Maryville, TN 37802-9800

Vernon Stawnicz & Arlene Stawnicz
11208 FM 1940
Franklin, TX 77856-3890

Wells & Cuellar PC
440 Louisiana Street
Houston, TX 77002-1058

Amy Beth Clark-Downing
Ciment Law Firm
221 Bella Katy Dr.
77494-6821
Katy, TX 77494-6821

Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 77494-6821

Justin Michael Whitworth
1318 W Forest Drive
Houston, TX 77043-4537

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Extraco Banks, N.A.

(d)Dreamers Land and Minerals
PO BOX 2910
Bryan, TX 77805-2910

(u)Arlene and Vernon Stawnicz

(u)Mary Whitworth

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 51 |
| Bypassed recipients | 4 |
| Total | 55 |