**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR COMPENSATION BY ROSS, BANKS, MAY, CRON & CAVIN, P.C. FOR CHAPTER 7 ADMINISTRATIVE EXPENSES FOR THE PERIOD OF OCTOBER 29, 2025, TO NOVEMBER 13, 2026, IN ITS CAPACITY AS GENERAL COUNSEL FOR RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE**

**(Docket # ____)**

After due notice, came on for consideration the Application (the "Application") of Ross, Banks, May, Cron & Cavin, P.C. ("Ross Banks) for compensation for Chapter 7 Administrative expenses in its capacity as general counsel for Randy W. Williams, Chapter 7 Trustee ("Trustee"). After having considered the Application, the matters contained therein and any evidence/testimony adduced, the Court is of the opinion that the fees and expenses sought to be recovered should be allowed and paid in the amounts set forth below to Ross Banks as counsel to the Trustee herein, it is therefore

ORDERED that Ross Banks is ALLOWED compensation in the amount of $3,720.00 for attorneys' fees, and expenses in the amount of $213.10, on a full and final basis, pursuant to 11 U.S.C. § 330(a)(1)(A) and (B) and that such compensation/reimbursement is entitled to treatment as an administrative expense under 11 U.S.C. § 503(b)(2); it is further

ORDERED that the Trustee, is hereby AUTHORIZED to disburse to Ross Banks all of the foregoing amounts set forth above, or such lesser amounts which might be agreed to by the parties based on the availability of funds.

ORDERED that the prior award of $17,600.00 in fees and $129.38 in expenses as interim compensation of Applicant entered on November 2, 2026 at Docket Number 85, is hereby approved on a full and final basis pursuant to 11 U.S.C. § 330(a)(1)(A) and (B) and that such compensation/reimbursement is entitled to treatment as an administrative expense under 11 U.S.C. § 503(b)(2).

SIGNED: ________________________________

_______________________________________
Marvin Isgur
United States Bankruptcy Judge

*/s/ Marc Douglas Myers*

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE