**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**NOTICE OF FILING OF SECOND AND FINAL APPLICATION FOR COMPENSATION BY ROSS, BANKS, MAY, CRON & CAVIN, P.C. FOR CHAPTER 7 ADMINISTRATIVE EXPENSES FOR THE PERIOD OF OCTOBER 29, 2025, TO NOVEMBER 13, 2026, IN ITS CAPACITY AS GENERAL COUNSEL FOR RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE**

Please take notice that on November 13, 2026, Ross, Banks, May, Cron & Cavin, P.C., in its capacity as attorneys for Randy W. Williams, Trustee of the above referenced estate, filed the above titled Application for Compensation seeking allowance of professional fees in the amount of $3,720.00 and expenses in the amount of $213.10 (the "Compensation Application"). You may obtain a copy of such Application from the Clerk of the United States Bankruptcy Court or by contacting counsel below.

Respectfully submitted,

*/s/ Marc Douglas Myers*

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE