**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**WITHDRAWAL OF PROOF OF CLAIM**

1. On February 11, 2025, Dreamers Land and Minerals, Inc. ("Claimant") filed the proof of claim number two (2) asserting a total claim of $1,734,198.00 of which $1,000,000 asserted as a secured claim and the balance of $734,198.00 asserted as a general unsecured claim ("POC 2").

2. The undersigned is a duly authorized representative of Claimant and is authorized to execute this Withdrawal of POC 2.

3. Claimant does hereby withdraw POC 2 in its entirety.

**By:** Troy Parten Wakefield Jr. President (signature)
TROY PARTEN WAKEFIELD JR. PRES. (printed name)
an authorized representative of Claimant

**Dated:** NOV. 9, 2026