**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 24-34840** |
| **JUSTIN MICHAEL WHITWORTH** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE MARVIN ISGUR** |

**WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NUMBER TWO FILED BY DREAMERS LAND AND MINERALS**

The Trustee's Objection to Proof of Claim Number 2 by Dreamer Land and Minerals filed at Docket Number 91 is withdrawn.

Respectfully submitted,

*/s/ Marc Douglas Myers*

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE